IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

DONALD JOSEPH LAMOUREUX,   No. 03:10-CV-6295-JE

        Plaintiff,   ORDER

  v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

        Defendant.


Alan Stuart Graf
Alan Stuart Graf P.C.
316 Second Rd
Summertown, TN 38483

        Attorney for Plaintiff

Adrian L. Brown
U.S. Attorney's Office
1000 SW Third Ave., Suite 600
Portland, OR 97204

Summer Stinson
Social Security Administration
701 Fifth Ave., Suite 2900
M/S 221A
Seattle, WA 98104-7075

        Attorneys for Defendant

HERNANDEZ, District Judge:

Magistrate Judge Jelderks issued a Findings and Recommendation (#24) on February 13, 2012, in which he recommends that this Court reverse the Commissioner's decision and remand the case for an immediate award of benefits. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court adopts Magistrate Judge Jelderks' Findings and Recommendation (#24). Accordingly, the Commissioner's decision is reversed and this case is remanded for an immediate award of benefits.

IT IS SO ORDERED.

DATED this  5th   day of March, 2012.

                         /s/ Marco A. Hernandez
                         MARCO A. HERNANDEZ
                         United States District Judge